IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARDEN CITY BOXING CLUB, INC.
    Plaintiff,

v.

ERNESTO'S KITCHEN INC.
d/b/a NOW A DAYS RESTAURANT
a/k/a VICTORS
and CESAR ALEX MORA

    Defendants,

Civil Action No.

Rule 7.1 Statement

JUDGE CONNER

07 CIV. 4718

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Garden City Boxing Club, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: June 1, 2007

/s/ Paul J. Hooten
Signature of Attorney
Paul J. Hooten, Esq.
Attorney Bar Code: PJH9510

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____