## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

**GARDEN CITY BOXING CLUB, INC.,**
      PLAINTIFF

– vs. –

**ERNESTO'S KITCHEN INC DBA NOW A DAYS**
**RESTAURANT**
**AKA VICTORS ET AL,**
      DEFENDANT
_____/

Index No: **07 CIV 4718**
Date Filed: **06/04/2007**
Office No:
Court Date: **N/A**

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**JOSEPH BARNUM** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

That on **06/18/2007** at **11:55AM** at **500 COMMERCE STREET % ERNESTO'S KITCHEN INC DBA NOW A DAYS RESTAURANT AKA VICTORS, HAWTHORNE, NY 10532**, I served the **SUMMONS AND COMPLAINT** upon **CESAR ALEX MORA** the **DEFENDANT** therein by delivering and leaving a true copy or copies of the aforementioned documents with said **DEFENDANT** personally.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **MALE**        COLOR: **WHITE**        HAIR: **BROWN**
APP. AGE: **40**        APP. HT: **5'8**        APP. WT: **175**
OTHER IDENTIFYING FEATURES:

That at the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as **CESAR ALEX MORA** the **DEFENDANT** in this action.

Sworn to before me on **06/21/2007**.

HARVEY TALBER
Notary Public State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

_____
JOSEPH BARNUM
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
Ref#: **1PJH874892**
AP

