## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

———————————————————

**GARDEN CITY BOXING CLUB, INC.,**

  PLAINTIFF

 – vs. –

**ERNESTO'S KITCHEN INC DBA NOW A DAYS RESTAURANT AKA VICTORS ET AL**,

  DEFENDANT

———————————————————

Index No: **07 CIV 4718**
Date Filed: **06/04/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**JOSEPH BARNUM** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/18/2007** at **11:55AM** at **500 COMMERCE STREET , HAWTHORNE, NY 10532**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **ERNESTO'S KITCHEN INC DBA NOW A DAYS RESTAURANT AKA VICTORS** the **DEFENDANT** therein named by delivering to, and leaving personally with **CESAR ALEX MORA, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **MALE**    COLOR: **WHITE**    HAIR: **BROWN**
APP. AGE: **40**    APP. HT: **5'8**    APP. WT: **175**
OTHER IDENTIFYING FEATURES:

Sworn to before me on **06/21/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

_____
JOSEPH BARNUM
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP

M