UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,                INDEX # 07-CV-4718 (WCC)
                Plaintiff,                                ECF CASE

                                                          ORDER TO SHOW CAUSE

        -against-

ERNESTO'S KITCHEN INC.
d/b/a NOW A DAYS RESTAURANT
a/k/a VICTORS
and CESAR ALEX MORA
                Defendant,
---------------------------------------------------------X

        Upon the annexed affidavit of Paul J. Hooten, Esq. sworn to October 26, 2007
and upon all the papers and proceedings herein:
        Let the defendants show cause at: United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 on *December 5*, 2007 at *11:15 a.m.* or as soon thereafter as counsel may be heard, why an order allowing the plaintiff to enter a default judgment against the defendant and for other and further relief as may be just and proper should not be granted.
        SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the defendants, via process server, on or before *November 8, 2007* shall be deemed good and sufficient.
        PROOF OF SUCH SERVICE may be filed in the Clerk's office before the return date of this Order to Show Cause.

Defendant:
Ernesto's Kitchen Inc.                    Cesar Alex Mora
d/b/a Now A Days Restaurant               c/o Ernesto's Kitchen
a/k/a Victors                             500 Commerce Street
500 Commerce Street                       Hawthorne, NY 10532
Hawthorne, NY 10532

Ernesto's Kitchen Inc.
472 Bedford Road
Pleasantville, NY 10570

SO ORDERED:

*William C. Conner* (signature)
William C. Conner
United States District Court Judge

11-5-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

FAXED
COPIES MAILED TO COUNSEL OF RECORD for π