FORM C9B
1PJH910022 – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

GARDEN CITY BOXING CLUB, INC.,

    PLAINTIFF

– vs. –

ERNESTO'S KITCHEN INC DBA NOW A DAYS RESTAURANT
AKA VICTORS ET ANO,

    DEFENDANT(s)

Index No: **07–CV–4718 (WCC)**
Date Filed: **00/00/0000**
Office No:
Court Date: **12/05/2007**

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

**JOSEPH BARNUM** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **11/07/2007** at **10:20AM** at **500 COMMERCE ST, HAWTHORNE, NY 10532**, I served a true copy of the **ORDER TO SHOW CAUSE** upon **ERNESTO'S KITCHEN INC** the **DEFENDANT** therein named by delivering to, and leaving personally with **CESAR ALEX MORA, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| **SEX: MALE** | **COLOR: WHITE** | **HAIR: BROWN** |
| **APP. AGE: 40** | **APP. HT: 5'8** | **APP. WT: 165** |

OTHER IDENTIFYING FEATURES:

Sworn to before me on **11/08/2007**.

HARVEY TANNER
Notary Public, State of New York
No. 01TA4669012
Qualified in BRONX
Commission Expires 12/31/2010

JOSEPH BARNUM
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML

