C9P – PERSONAL
PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

GARDEN CITY BOXING CLUB, INC.,
    PLAINTIFF
— vs. —

ERNESTO'S KITCHEN INC DBA NOW A DAYS RESTAURANT
AKA VICTORS ET ANO,
    DEFENDANT

Index No: 07–CV–4718 (WCC)
Date Filed: 00/00/0000
Office No:
Court Date: 12/05/2007

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

JOSEPH BARNUM being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

That on **11/07/2007** at **10:20AM** at **500 COMMERCE STREET** % Ernesto's Kitchen, **HAWTHORNE, NY 10532**, I served the **ORDER TO SHOW CAUSE** upon **CESAR ALEX MORA** the **DEFENDANT** therein by delivering and leaving a true copy or copies of the aforementioned documents with said **DEFENDANT** personally.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows.

| | | |
|---|---|---|
| SEX: **MALE** | COLOR: **WHITE** | HAIR: **BROWN** |
| APP. AGE: **40** | APP. HT: **5'8** | APP. WT: **165** |
| OTHER IDENTIFYING FEATURES: | | |

That at the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as **CESAR ALEX MORA** the **DEFENDANT** in this action.

Sworn to before me on 11/08/2007.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

JOSEPH BARNUM
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
Ref#: 1PJH910023
ML