UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARDEN CITY BOXING CLUB, INC.

                            Plaintiff(s)

                   against

ERNESTO'S KITCHEN INC.
ERNESTO'S KITCHEN INC.

                            Defendant(s)

STIPULATION OF SETTLEMENT

Index#: CV4718/07

**IT IS HEREBY STIPULATED AND AGREED**, that the above captioned matter be and the same is hereby settled for the sum of $4,500.00 plus disbursements of $0.00, making the total stipulated sum of $4,500.00 payable by Defendant to Plaintiff as follows:

Defendant(s) hereby acknowledges that the amount claimed in the complaint is due and owing and agrees to pay to Plaintiff the sum of $4,500.00 upon execution of this Stipulation to be paid in one (1) payment on or before DECEMBER 14, 2007 Payment is to be made payable to GARDEN CITY BOXING CLUB, INC. and mailed to Paul J. Hooten, Esq. 5505 Nesconset Highway, Suite 203, Mt. Sinai, NY 11766.

**IT IS FURTHER STIPULATED AND AGREED**, that if Defendant defaults in the payment and remains in default for a period of fourteen (14) days following written notice to Defendant, by regular mail, Plaintiff shall be entitled to enter judgment for the full amount claimed in the complaint, (less any credits due Defendant) together with interest and costs.

**IT IS FURTHER STIPULATED AND AGREED**, that a facsimile copy will be accepted as an original.
Dated:      12/4/07

                                                         Paul J. Hooten, Esq.
                                                         Attorney for Plaintiff

JOSEPH LOCASCIO, ESQUIRE
Attorney for Defendant
560 WARBURTON AVENUE
HASTINGS ON THE HUDSON, NY 10706

clm # 123262

