ORIGINAL

DEC 05 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARDEN CITY BOXING CLUB, INC.

                          Plaintiff(s)

     against

ERNESTO'S KITCHEN INC.
ERNESTO'S KITCHEN INC.

                         Defendant(s)

STIPULATION OF SETTLEMENT ~~AND ORDER~~
07-Civ. 4718(WCC)

Index#: ~~CV4718/07~~

ECF CASE

IT IS HEREBY STIPULATED AND AGREED, that the above captioned matter be and the same is hereby settled for the sum of $4,500.00 plus disbursements of $0.00, making the total stipulated sum of $4,500.00 payable by Defendant to Plaintiff as follows:

Defendant(s) hereby acknowledges that the amount claimed in the complaint is due and owing and agrees to pay to Plaintiff the sum of $4,500.00 upon execution of this Stipulation to be paid in one (1) payment on or before DECEMBER 14, 2007 Payment is to be made payable to GARDEN CITY BOXING CLUB, INC. and mailed to Paul J. Hooten, Esq. 5505 Nesconset Highway, Suite 203, Mt. Sinai, NY 11766.

IT IS FURTHER STIPULATED AND AGREED, that if Defendant defaults in the payment and remains in default for a period of fourteen (14) days following written notice to Defendant, by regular mail, Plaintiff shall be entitled to enter judgment for the full amount claimed in the complaint, (less any credits due Defendant) together with interest and costs.

IT IS FURTHER STIPULATED AND AGREED, that a facsimile copy will be accepted as an original.
Dated:  12/4/07

_____          _____
JOSEPH LOCASCIO, ESQUIRE                          Paul J. Hooten, Esq.
Attorney for Defendant                           Attorney for Plaintiff
560 WARBURTON AVENUE
HASTINGS ON THE HUDSON, NY 10706

Client # 123262

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED.
Dated: Dec. 5, 2007
       White Plains, NY

_William C. Conner_
WILLIAM C. CONNER, Senior U.S.D.J.

E-
COPIES MAILED TO COUNSEL OF RECORD for π
+ MAILED TO Δs' COUNSEL