UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    Index No.CV4718/07

GARDEN CITY BOXING CLUB, INC.
Plaintiff

against                                          **STIPULATION
                                                 DISCONTINUING
                                                 ACTION**

ERNESTO'S KITCHEN INC.
ERNESTO'S KITCHEN INC.
Defendant

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the

attorneys of record for all the parties to the above entitled action, that whereas no party hereto

is an infant, incompetent person for whom a committee has been appointed or conservatee and

no person not a party has an interest in the subject matter of the action, the above entitled action

be, and the same hereby is discontinued, without costs to either party as against the other. This

stipulation may be filed without further notice with the Clerk of the Court.

Dated: 1/17/08

Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

Joseph R. LoCascio, Jr., Esq.
Attorney for Defendant
560 Warburton Avenue
Hastings On Hudson, NY 10706

                    SO ORDERED:

                    _____
                    William C. Conner
                    United States District Judge

