**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07-CV-4718(WCC)

Index No. ~~CV4718/07~~

ECF CASE

GARDEN CITY BOXING CLUB, INC.
　　Plaintiff

against

ERNESTO'S KITCHEN INC.
ERNESTO'S KITCHEN INC.
　　Defendant

STIPULATION AND ORDER DISCONTINUING ACTION

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 1/17/08

Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

Joseph R. LoCascio, Jr., Esq.
Attorney for Defendant
560 Warburton Avenue
Hastings On Hudson, NY 10706

SO ORDERED:

William C. Conner
Senior United States District Judge

Dated: Jan. 23, 2008
White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD for Δ
AND E-MAILED TO π'S COUNSEL